IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 05-20122 |
| | ) | |
| BRENDA COLBERT, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

This case is HEREBY transferred to Judge Samuel Mays on consent of the parties.

**IT IS SO ORDERED** this 25 day of August, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet In Compliance
with Rule 55 and/or 32(b) FRCrP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:05-CR-20122 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

James M. Allen
FILDERMAN & ALLEN
46 N. Third St.
Ste. 725
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT