FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 NOV 16 PM 4:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                     NO. 05-20122-Ma

AARON COBB,

    Defendant.

---

## ORDER GRANTING MOTION TO RESET SUPPRESSION HEARING

---

Before the court is the November 14, 2005, motion by defendant Aaron Cobb, to reset the hearing on the motion to suppress which was set on November 16, 2005.  Counsel for the government does not oppose the resetting.  For good cause shown, the motion is granted.  The hearing on the motion to suppress is **reset** to **Friday, December 30, 2005, at 2:00 p.m.**

It is so ORDERED this *15th* day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on *11-17-05*

73

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:05-CR-20122 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

James M. Allen
FILDERMAN & ALLEN
46 N. Third St.
Ste. 725
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT