IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 23  PM 4:44

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D __ MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20122-Ma

AARON BROOKS COBB,

    Defendant.

---

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

---

    Before the court is the December 22, 2005, motion of defendant, to continue the suppression hearing which was set on December 30, 2005. Counsel for the government does not oppose the continuance. For good cause shown, the motion is granted. The hearing on defendant's motion to suppress is continued generally, a reset date to be determined at the report date, which is currently set for Friday, January 27, 2006 at 2:00 p.m.

    It is so ORDERED this 23rd day of December, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-29-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:05-CR-20122 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Samuel Mays
US DISTRICT COURT