IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 29 AM 10: 07

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

VS                                   CR. NO. 05-20122-Ma

AARON BROOKS COBB,

  Defendant.

---

### ORDER ON MOTION AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

Before the court is defendant's December 22, 2005, motion to remove from the court's docket the hearing on defendant's motion to suppress, currently set Friday, December 30, 2005 at 2:00 p.m. For good cause shown, the motion is granted.

The trial of this matter is continued to the rotation docket beginning Monday, February 6, 2006, with a report date of Friday, January 27, 2006 at 2:00 p.m.

The period from December 22, 2005 through February 17, 2006 is excludable under 18 U.S.C. §§ 3161(h)(8)(B)(iv) and 3161(h)(1)(F) because the interests of justice in allowing additional time to prepare and the need to dispose of the pending motion outweigh the need for a speedy trial.

**IT IS SO ORDERED** this the 28th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:05-CR-20122 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Samuel Mays
US DISTRICT COURT